<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Joanne Gaydos, Jeffrey J. Gaydos,    :
and Joyce M. Faynor,    :
                  Appellants    :
    :
           v.    :    No. 640 C.D. 2022
    :
South Park Township Zoning    :
Hearing Board and    :
South Park Township    :

**<u>PER CURIAM</u>**                **<u>O R D E R</u>**

        NOW, September 20, 2023, having considered Appellants' application

for reconsideration, the application is DENIED.